118 A.3d 1105

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Justin HEARD, Petitioner.**

**No. 58 EM 2015.**

Supreme Court of Pennsylvania.

July 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED.** Petitioner is **DIRECTED** to file his Petition for Allowance of Appeal within thirty days of this order.